| **AMENDED CHARGE OF DISCRIMINATION** | AGENCY | Amended CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | Received EEOC 12/29/2020<br>563-2021-00689 |

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Kansas Human Rights Commission

| NAME | HOME TELEPHONE | |
|---|---|---|
| Debi Dreiling | [redacted] | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| [redacted] | [redacted] | [redacted] |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| MRC SNF Management LLC d/b/a Recover-Care Healthcare | 501+ | (718) 942-3483 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6416 Long Avenue | Shawnee, Kansas 66216 | Johnson |
| or | | |
| 2420 Knapp Street, 2nd Floor | Brooklyn, NY 11235 | |
| or | | |
| 3009 Quentin Road | Brooklyn, NY 11234 | |

**CAUSE OF DISCRIMINATION BASED ON**

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☒ DISABILITY   ☒ ADA Interference

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)        LATEST (ALL)
**Latest: June 24, 2020**

☒ CONTINUING ACTION

**THE PARTICULARS ARE**

In March 2010, I began employment with Respondent. I was employed by Respondent as a Clinical Liaison. My job duties included working from home and, pre-Covid, travel to medical facilities to gather clients. On Jan. 24, 2020, I suffered a workplace injury in the course of my employment with Respondent. The injury resulted in a disabling condition which substantially limited one or more of my major life activities including my ability walk, jog, run, or drive. On Jan. 28, 2020, I reported my work injury, physical condition, need for medical treatment and accommodations to Respondent. In response, Respondent discouraged me from getting medical treatment through its work comp benefits or making a formal work comp claim. I sought medical treatment on my own and informed Respondent. I requested an accommodation in the form of PTO and then FMLA. On several occasions during the spring and summer of 2020, I informed Respondent that I could and wanted to work. I requested a reasonable accommodation in the form of either working from home or from one of Respondent's office facilities. Although access to hospitals and medical offices had been severely curtailed for sales and networking reps due to the pandemic, and most, if not all, worked remotely, Respondent refused my accommodation request and would not let me return to work. On June 24, 2020, Respondent terminated my employment claiming I could not work. This was not true. When I told Respondent this as I was being fired, Respondent claimed that I could not work, could not be further accommodated, and was being terminated.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

*Kimberly Gemmer* (signature)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*Debi Dreiling* (signature)

Date 12/28/2020   Charging Party Signature

SIGNATURE OF COMPLAINANT
*Debi Dreiling* (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
28th day of December, 2020

KIMBERLY GEMMER
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 15636693
My Commission Expires 09-17-2023

EEOC FORM 5 (10/94)